TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00343-CR

The State of Texas, Appellant

v.

Sam Sepeda, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 516,786, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

PER CURIAM

The State's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on State's Motion

Filed: September 10, 1999

Do Not Publish